AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>FRANTZ FELISMA,<br><br>*Defendant(s)* | Case No.  16-8458-WM |

FILED by ___ D.C.
DEC 20 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   January 2013 - July 2014   in the county of   Palm Beach   in the   Southern   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1028A | Aggravated Identity Theft. |
| 18 U.S.C. § 1029(a)(2) | Access Device Fraud. |
| 18 U.S.C. § 1030(a)(4) | Access of a Protected Computer in Furtherance of a Fraud. |
| 18 U.S.C. § 1029(B)(2) | Conspiracy to Commit Identity Theft. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Steven Leisure, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  12/20/2016

_____
*Judge's signature*

City and state:   West Palm Beach, Florida             William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Steven Leisure, first being duly sworn, do hereby depose and state as follows:

1. Your Affiant is a Special Agent of the United States Department of Homeland Security, Homeland Security Investigations (HSI), currently assigned to the Office of the Assistant Special Agent in Charge, West Palm Beach, Florida.

2. I have been a Special Agent with HSI (formerly Immigration and Customs Enforcement) since March 1998. Prior to that time, I was employed by the Federal Deposit Insurance Corporation (FDIC) as an Asset Operation Specialist for eight years. As a Special Agent with HSI, my duties and responsibilities include conducting criminal investigations of individuals and businesses that have violated federal laws, particularly those laws found in Titles 8, 18, 19 and 21 of the United States Code.

3. I have participated in narcotics trafficking, money laundering, and fraud investigations. During the course of these investigations I have conducted physical and wire surveillance, executions of search warrants, and reviews and analyses of taped conversations and records of individuals involved in criminal activity. Through my training, education, and experience, which has included debriefing cooperating defendants, monitoring wiretapped conversations of many types of criminal activity, and conducting surveillance on numerous occasions of individuals engaged in many types of criminal activity, I have become familiar with the manner in which many types of criminal activities are conducted and proceeds are derived and laundered.

4. I submit this affidavit in support of a criminal complaint charging that from as early as January 2013 through in and around September 2014, in Palm Beach County, in the Southern District of Florida, and elsewhere, Frantz Felisma participated in an

1

identity theft scheme, in violation of Title 18, United States Code, Sections 1028A (Aggravated Identity Theft); 1029(a)(2) (Access Device Fraud); 1030(a)(4) (Access of a Protected Computer in Furtherance of a Fraud); and 1029(B)(2) (Conspiracy to Commit Identity Theft).

5.  I am familiar with the facts and circumstances of the investigation set forth below through my personal participation, from discussions with other agents of Homeland Security Investigations and other law enforcement, including officers with the Lantana Police Department, from my discussions with witnesses involved in the investigation, and from my review of records and reports relating to the investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant, and does not set forth all of my knowledge about this matter.

6.  On January 8, 2016, K.J., W.D., and M.T. were arrested by federal agents for committing the offenses of mail fraud, and conspiracy to commit mail fraud, in violation of Title 18, United States Code, Sections 1341 and 1349. They were later federally indicted on those charges.

7.  During the execution of a search warrant at K.J.'s home, agents discovered additional evidence of identity theft, in support of a separate indictment charging K.J. with access device fraud and aggravated identity theft, in a separate federal case. Some of the evidence gathered revealed that personal identifying information (hereinafter "PII") had been obtained and used by K.J. in order to open bank accounts and credit cards in the names of identity theft victims. This additional evidence appeared to have come from a law enforcement or department of motor vehicle source.

8.     On July 28, 2016, K.J. pleaded guilty in both of his federal cases. K.J. told agents he wished to cooperate with the investigation and admitted that he obtained his victims' PII from a Palm Beach County Sheriff's Deputy named Frantz, who used phone number (561) XXX-6056. K.J. explained the following about the scheme: K.J. stated that he (K.J.) looked for individuals who were driving high-end vehicles. K.J. then wrote down the make and model of the high-end vehicle, along with the tag number. Periodically, K.J. gave Frantz pieces of paper bearing the tag numbers and models of these high-end vehicles. Frantz then ran the tag numbers through his official database and obtained the driver's license number and date of issue, social security number, and date of birth associated with the registered owner of the high-end vehicle. Frantz wrote this information on the same pieces of paper provided to him by K.J. Frantz returned to K.J. these papers, which contained the PII of the registered owner. Notably, your Affiant collected approximately 50 pieces of paper from K.J.'s residence (evidence from the search warrant) that matched this description. K.J. stated those were the blank papers he (K.J.) would provide Frantz so that Frantz could notate the PII of the car owner.

9.     K.J. explained to agents that he (K.J.) periodically met Frantz to obtain the PII of the owners of the high-end vehicles. K.J. stated that Frantz was always driving his marked patrol car, and would sometimes run the tags on a computer inside his marked patrol car while K.J. was present. K.J. stated that he (K.J.) paid Frantz $10,000.00 a month for this information and that, for this monthly charge, Frantz ran as many tags as K.J. requested.

10.    From the investigative file, agents confirmed there were over 200 text messages between phone number (561) XXX-6056 and the cell phone belonging to K.J.,

with many of these messages indicating a need to meet and specific meeting locations. Based on K.J.'s information, your Affiant was able to confirm that there is a deputy employed with the Palm Beach County Sheriff's Office named Frantz Felisma (ID 9462), who utilizes a personal cell phone number listed in the PBSO database as (561) XXX-6056.

11. The following are excerpts from *some* of the relevant text messages sent between Felisma and K. J. during the relevant time period:

| Text From | Text To | Date/Time | Message |
|---|---|---|---|
| Felisma | K. J. | 1/3/2013 12:43:28 AM | On my way home |
| K. J. | Felisma | 1/3/2013 12:44:11 AM | Ok meet you at the gate |
| ~ ~ ~ ~ ~ | | | |
| Felisma | K. J. | 3/19/2013 7:16:36 PM | Kesner, it Frantz I changed my number XXX-6056 |
| ~ ~ ~ ~ ~ | | | |
| K. J. | Felisma | 8/10/2013 11:08:25 AM | Please give me a call when you wake up. Thanks Bro |
| Felisma | K. J. | 8/10/2013 3:26:32 PM | I don't forget about u, sorry. |
| K. J. | Felisma | 8/10/2013 3:30:29 PM | No problem Brother, I apreciate it. |
| ~ ~ ~ ~ ~ | | | |
| K. J. | Felisma | 8/22/2013 1:13:12 PM | Chief, please give me a call when you have chance. Thanks |
| Felisma | K. J. | 8/22/2013 1:16:07 PM | Ok, I'll get off at 5 n 3hrs |
| K. J. | Felisma | 8/22/2013 1:17:00 PM | Sounds good. |
| ~ ~ ~ ~ ~ | | | |
| K. J. | Felisma | 12/7/2013 11:52:21 AM | My brother give a call when you awake. Thanks bro |
| Felisma | K. J. | 12/7/2013 12:01:16 PM | Ok |
| Felisma | K. J. | 12/7/2013 12:03:00 PM | I'm in my way to the dunkin donuts on military just b4 belvedere |
| K. J. | Felisma | 12/7/2013 12:13:12 PM | Have a couple guys with me right now, you want me to call when am free? |
| Felisma | K. J. | 12/7/2013 12:28:38 PM | Ok |

4

~ ~ ~ ~ ~

| | | | |
|---|---|---|---|
| K. J. | Felisma | 4/16/2014 11:19:33 AM | Afternoon boss, are we good to go? |
| Felisma | K. J. | 4/16/2014 12:31:17 PM | One so far |
| K. J. | Felisma | 4/16/2014 12:50:26 PM | Ok when can we meet |

~ ~ ~ ~ ~

| | | | |
|---|---|---|---|
| Felisma | K. J. | 5/6/2014 8:39:50 PM | Meet me now same place |
| K. J. | Felisma | 5/6/2014 8:40:11 PM | Yes Sir |
| K. J. | Felisma | 5/6/2014 9:29:44 PM | I am here boss. |
| Felisma | K. J. | 5/6/2014 9:30:16 PM | I'm coming |
| K. J. | Felisma | 5/6/2014 9:31:18 PM | Be by the gate |
| Felisma | K. J. | 5/6/2014 9:31:40 PM | Ok |

~ ~ ~ ~ ~

| | | | |
|---|---|---|---|
| K. J. | Felisma | 6/27/2014 6:55:13 PM | Boss please don't forget me. |
| K. J. | Felisma | 6/29/2014 6:36:40 PM | Anyen [nothing] boss. |
| Felisma | K. J. | 6/29/2014 6:39:56 PM | Tomorrow morning |
| K. J. | Felisma | 6/29/2014 6:55:21 PM | That'll be great |

12. During the time period January 2013 (when the text messages between K.J. and Felisma began) and September 2014 (the last known tag run by Felisma for K.J.), agents confirmed that 22 separate cash deposits were made into Felisma's Chase bank account, totaling $14,584.69.

13. Your Affiant is aware that in order for a law enforcement officer to conduct records checks of vehicles from the PBSO mobile computer in his car, he has to have a username and password to access the Florida Criminal Information Center ("FCIC") network. Working with your Affiant, Sgt. Jim Eddy of Lantana Police Department contacted the Florida Department of Law Enforcement, which maintains all the records for FCIC. Sgt. Eddy determined that, of the tag numbers written on the small papers found in K.J.'s residence, 15 of the 20 victims in K.J.'s first federal case, and the single identity theft victim in K.J.'s second federal case, all owned vehicles whose tags were run by the user logged into the FCIC System as Deputy Felisma:

| Victim | Loss Amount | Date FCIC Accessed |
|---|---|---|
| JF | $1838.04 | 01/03/2013 01:01 hrs |
| JH | $31931.74 | 01/03/2013 22:17 hrs |
| RF | $12181.45 | 01/04/2013 05:02 hrs |
| HE | $8578.18 | 01/08/2013 08:37 hrs |
| MP | $24645.18 | 01/29/2013 03:14 hrs |
| JT | $37397.61 | 02/17/2013 13:36 hrs |
| LL | $7084.36 | 05/22/2013 23:38 hrs |
| JG | $8754.45 | 05/22/2013 23:42 hrs |
| RC | $16004.46 | 07/09/2013 05:41 hrs |
| RM | $6815.42 | 07/12/2013 23:44 hrs |
| CS | $14437.86 | 08/23/2013 18:25 hrs |
| JK | $14799.74 | 08/25/2013 06:20 hrs |
| AA | $6198.94 | 04/17/2014 03:23 hrs |
| JP | $6183.94 | 04/18/2014 01:34 hrs |
| HC |  | 06/05/2014 15:57 hrs |
| RS | Used to open bank account | 09/06/2014 16:44 hrs |

14. Sgt. Eddy also obtained Deputy Felisma's FCIC activity data for January - December 2016. These records indicate that Deputy Felisma conducted an especially large number of records checks on vehicles, and that a large number of these checks were conducted while Deputy Felisma was scheduled to be off duty, which indicates that

Deputy Felisma may still be actively accessing personal identifying information (PII) for purposes outside of official business, such as access device fraud and identity theft.

## CONCLUSION

15. Based on the information provided in this affidavit, your affiant submits that there is probable cause to believe that beginning as early as January 2013 through September 2014 in Palm Beach County, in the Southern District of Florida, and elsewhere, FRANTZ FELISMA did:

a. knowingly and with intent to defraud, with co-conspirator K.J., traffic in one or more unauthorized access devices, that is, credit cards issued in other people's names, during any one-year period, and by such conduct, did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code; Section 1029(a)(2) (Access Device Fraud);

b. knowingly conspire with K.J. by providing personally identifiable information of identity theft victims obtained unlawfully from his protected PBSO computer, in furtherance of the access device fraud, in violation of Title 18, United States Code, Section 1029(B)(2) (Conspiracy to Commit Access Device Fraud);

c. knowingly transfer, possess, or use another person's means of identification, without lawful authority, knowing the means of identification belonged to an actual person, during and in relation to identity theft, in violation of Title 18, United States Code, Section 1028A (Aggravated Identity Theft); and

d. knowingly and with intent to defraud, did access a protected computer exceeding authorization, in furtherance of the access device fraud, in violation of Title 18,

United States Code, Section 1030(a)(4) (Access of a Protected Computer in Furtherance of a Fraud).

16.    I further request that this affidavit, as it reveals an ongoing investigation, be **SEALED** until further order of the Court in order to avoid premature disclosure of the investigation, guard against flight, and better ensure the safety of agents and others, except that working copies may be served on Special Agents and other investigative and law enforcement officers of the Department of Homeland Security, federally deputized state and local law enforcement officers, and other government and contract personnel acting under the supervision of such investigative or law enforcement officers as necessary to effectuate the Court's Order.

_____
Steven R. Leisure
Special Agent
Department of Homeland Security
Homeland Security Investigations

Sworn to before me this 20th day of December 2016, at West Palm Beach, Florida.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  16-8458-WM

UNITED STATES OF AMERICA

vs.

FRANTZ FELISMA,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? ____ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? ____ Yes  _X_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
LAUREN E. JORGENSEN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 726885
500 S. Australian Ave, Ste. 400
West Palm Beach, Florida  33401
TEL (561) 820-8711
FAX (561) 820-8777
Lauren.Jorgensen@usdoj.gov