UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-8458-MJ-MATTHEWMAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FRANTZ FELISMA

    Defendant.

_____

## **UNOPPOSED MOTION TO CONTINUE DETENTION HEARING**

COMES NOW, the Defendant, Frantz Felisma, by and through his undersigned counsel Jason W. Kreiss, Esq., and hereby files this unopposed motion for a continuance of the detention hearing in this cause, and states as follows:

1. The defendant had an initial appearance before this Court on December 22, 2016. The defendant's request for a detention hearing on December 23, 2016 was denied. The detention hearing in this matter was subsequently scheduled for December 28, 2016, with the understanding that the government would not oppose a motion to continue same to the following week.

2. Undersigned counsel is unavailable to be present at this hearing as he is scheduled to be out of the jurisdiction on a pre-paid family vacation from December 26, 2016 - January 2, 2017.

3.     The defendant desires undersigned counsel to be present for his detention hearing.

4.     The Defendant agrees to waive his right to have a timely detention hearing pursuant to Title 18 U.S.C. 3142(F)(2).

5.     Pursuant to Local Rule 88.9, undersigned counsel has conferred with AUSA Lauren Jorgensen, who indicated that the government has no objection to a continuance of this hearing.

6.     This request is made in good faith and will further the interest of justice.

WHEREFORE, defendant Felisma respectfully requests that this Honorable Court grant this motion and reset the detention hearing to January 5, 2017.

Respectfully submitted,
*/s/ Jason W. Kreiss*
Jason W. Kreiss, Esq.
Attorney for Defendant
Florida Bar No.:0087912
The Kreiss Law Firm
1824 S.E. 4th Ave.
Ft. Lauderdale, FL 33316
Phone: 954-525-1971
Fax: 954-525-1978
jwk@kreisslaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of December, 2016, a copy of the foregoing motion was sent via email through the CM/ECF system to all parties of record.

*/s/Jason W. Kreiss*
Jason W. Kreiss, Esq.