UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-8458-MJ- MATTHEWMAN

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

FRANTZ FELISMA

      Defendant.

_____/

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE DETENTION HEARING

THIS CAUSE having come before the Court upon defendant Felisma's Unopposed Motion to Continue Detention Hearing, and the Court having considered this matter, and there being no objection; it is thereupon:

ORDERED AND ADJUDGED that the motion is hereby **GRANTED** and the detention hearing is reset for _____.

DONE AND ORDERED in Chambers in Palm Beach, Florida this ____ day of December, 2016.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

cc:   Jason W. Kreiss, Esq.
      AUSA Lauren Jorgensen